UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Mujaani Insanun

                    Plaintiff,

v.                                                   Case No.: 1:16–cv–09647
                                                       Honorable Jorge L. Alonso

Robert J. Semrad, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: In the Court's orders of 11/8/16 and 12/7/16, the Court directed plaintiff to file by 12/14/16 an amended complaint, along with the court filing fee. In both orders, the Court warned plaintiff that if he failed to file an amended complaint and pay the filing fee by that date, this action would be dismissed. To date, plaintiff has not filed an amended complaint, nor has he paid the filing fee. Accordingly, this action is dismissed without prejudice for want of prosecution. Civil case terminated. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.